THE HONORABLE BARBARA J. ROTHSTEIN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# IN SEATTLE

| | |
|---|---|
| CREEKSIDE ON SUNSET CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY, SUCCESSOR BY MERGER TO ESSEX INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | No. 2:22-cv-0534-BJR<br><br>STIPULATED MOTION AND ORDER TO EXTEND CERTAIN PRE-TRIAL DEADLINES |

## I.   STIPULATION

Pursuant to LCR 7(j), Plaintiff Creekside on Sunset Condominium Association and Defendant Evanston Insurance Company, successor by merger to Essex Insurance Company, respectfully submit this stipulated motion to extend certain pre-trial deadlines.  Good cause exists to extend the pre-trial deadlines because Plaintiff's counsel has determined from a review of Plaintiff's corporate documents that it may be necessary to add other insurance

STIPULATED MOTION AND ORDER TO EXTEND CERTAIN PRE-TRIAL DEADLINES - 1

**CASE NO. 2:22-cv-0534-BJR**

**H**ARPER | **H**AYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

1  companies as defendants.  The parties therefore wish to extend the deadline for joining

2  additional parties and other pre-trial deadlines to ensure that the parties have ample time to

3  identify and prepare their respective experts, conduct discovery, and to resolve any discovery-

4  related disputes.  The parties do not wish at this time to move the trial date.  The parties agree

5  to extend the following pre-trial deadlines as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Deadline for Joining Additional Parties | July 5, 2022 | September 5, 2022 |
| Deadline for Amending Pleadings | July 14, 2022 | September 14, 2022 |
| Deadline to disclose reports from expert witnesses under FRCP 26(a)(2) | January 9, 2023 | March 9, 2023 |
| Discovery completed | February 8, 2023 | April 10, 2023 |
| Deadline to file dispositive motions | March 10, 2023 | May 10, 2023 |

STIPULATED MOTION AND ORDER TO EXTEND
CERTAIN PRE-TRIAL DEADLINES - 2

**CASE NO. 2:22-cv-0534-BJR**

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

1

2      DATED this 5th day of July 2022.

3   HARPER | HAYES PLLC

4

    By: s/ *Todd C. Hayes*
5       Todd C. Hayes, WSBA No. 26361
        Charles K. Davis, WSBA No. 38231
6       1200 Fifth Avenue, Suite 1208
        Seattle, WA 98101
7       (206) 340-8010
        todd@harperhayes.com
8       cdavis@harperhayes.com
        Attorneys for Plaintiff

9

10  REED MCCLURE

11
    By: *s/ Marilee C. Erickson*
12      Marilee C. Erickson, WSBA No. 16144
        1215 4th Avenue, Suite 1700
13      Seattle, WA 98161
        Phone: 206-292-4900
14      merickson@rmlaw.com
        Attorneys for Defendant

15
    DICKINSON WRIGHT PLLC
16

17  By: *s/ P. Bruce Converse*
        P. Bruce Converse, *Pro Hac Vice*
18      1850 N. Central Avenue, Suite 1400
        Phoenix, AZ  85004
19      602-285-5023
        BConverse@dickinson-wright.com
20      Attorneys for Defendant

21

22

23

STIPULATED MOTION AND ORDER TO EXTEND
CERTAIN PRE-TRIAL DEADLINES - 3

**CASE NO. 2:22-cv-0534-BJR**

**H**ARPER | **H**AYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

## II. ORDER

Based on the above Stipulation, it is ordered that the new pre-trial deadlines below are:

| Event | New Date |
|---|---|
| Deadline for Joining Additional Parties | September 5, 2022 |
| Deadline for Amending Pleadings | September 14, 2022 |
| Deadline to disclose reports from expert witnesses under FRCP 26(a)(2) | March 9, 2023 |
| Discovery completed | April 10, 2023 |
| Deadline to file dispositive motions | May 10, 2023 |

DATED THIS 5th day of July, 2022.

*/s/ Barbara J. Rothstein*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND
CERTAIN PRE-TRIAL DEADLINES - 4

CASE NO. 2:22-cv-0534-BJR

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010