HONORABLE BARBARA JACOBS ROTHSTEIN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CREEKSIDE ON SUNSET CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EVANSTON INSURANCE COMPANY, SUCCESSOR BY MERGER TO ESSEX INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | NO. 2:22-cv-00534-BJR<br><br>STIPULATED MOTION AND ORDER TO FILE AMENDED ANSWER |

## I.   STIPULATION

Pursuant to F.R.C.P. 15(a)(2) and LCR 15, the parties, by and through their respective counsel, under LCR 15, hereby stipulate and respectfully request that the court enter an order allowing Defendant Evanston Insurance Company to file an amended answer to plaintiff's Complaint for Declaratory Relief.   Pursuant to LCR 15, the proposed Amended Answer is attached as Exhibit A.  The text to be added is highlighted and the deleted text is shown with a strikethrough.

STIPULATED MOTION AND ORDER TO FILE
AMENDED ANSWER – 1
Case: 2:22-cv-00534-BJR

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

| | | |
|---|---|---|
| 1 | | HARPER | HAYES PLLC |
| 2 | | |
| 3 | DATED:  January 9, 2023 | By */s/ Todd C. Hayes* |
| 4 | | Todd C. Hayes, WSBA #26361 |
| | | Charles K. Davis, WSBA #38231 |
| 5 | | 1200 Fifth Avenue, Suite 1208 |
| | | Seattle, WA  98101 |
| 6 | | P: (206) 340-8010 |
| 7 | | *Attorneys for Plaintiff* |
| | | *todd@harperhayes.com* |
| 8 | | *cdavis@harperhayes.com* |
| 9 | | |
| | | REED MCCLURE |
| 10 | | |
| 11 | DATED:  January 9, 2023 | By */s/ Marilee C. Erickson* |
| 12 | | Marilee C. Erickson, WSBA #16144 |
| | | 1215 4th Avenue, Suite 1700 |
| 13 | | Seattle, WA  98161 |
| | | P: (206) 292-4900 |
| 14 | | *Attorney for Defendant Evanston Insurance Company* |
| 15 | | *merickson@rmlaw.com* |
| 16 | | |
| | | DICKINSON WRIGHT PLLC |
| 17 | | |
| 18 | DATED:  January 9, 2023 | By */s/ P. Bruce Converse* |
| 19 | | P. Bruce Converse |
| | | 1850 N. Central Avenue, Suite 1400 |
| 20 | | Phoenix, AZ  85004 |
| | | P: (602) 285-5023 |
| 21 | | *Attorney for Defendant Evanston Insurance Company* |
| 22 | | *Admitted pro hac vice* |
| | | *bconverse@dickinson-wright.com* |

STIPULATED MOTION AND ORDER TO FILE
AMENDED ANSWER – 2
Case: 2:22-cv-00534-BJR

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152

1 **ORDER**

2 IT IS HEREBY ORDERED that the parties' Stipulated Motion and Order to File
3 Amended Answer is granted.

4

5 Dated: January 11, 2023

6
7 *Barbara J. Rothstein*
8 JUDGE BARBARA J. ROTHSTEIN

STIPULATED MOTION AND ORDER TO FILE
AMENDED ANSWER – 3
Case: 2:22-cv-00534-BJR

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152