HONORABLE BARBARA JACOBS ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CREEKSIDE ON SUNSET CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EVANSTON INSURANCE COMPANY, SUCCESSOR BY MERGER TO ESSEX INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | NO. 2:22-cv-00534-BJR<br><br>STIPULATED MOTION TO CONTINUE TRIAL AND CASE DEADLINES |

### I.  STIPULATION

Pursuant to LCR 7(j), Plaintiff Creekside on Sunset Condominium Association and Defendant Evanston Insurance Company, successor by merger to Essex Insurance Company, respectfully submit this stipulated motion to continue the trial date from August 7, 2023, to November 6, 2023, and extend all pre-trial deadlines for three months. Good cause exists to extend the trial date and pre-trial deadlines because Plaintiff has issued a notice under the Insurance Fair Conduct Act ("IFCA").  The parties anticipate that Plaintiff will amend the Complaint to add the IFCA claim.   The parties have agreed to allow Plaintiff to amend the complaint to add the IFCA claim.   Amending the complaint will add issues to the case which

STIPULATED MOTION TO CONTINUE TRIAL AND CASE DEADLINES – 1
065460.000008 Stip'd Motion to Continue Trial Dates.docx
Case: 2:22-cv-00534-BJR

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

1   will require further discovery and evidence which cannot be completed by the current pre-trial
2   deadlines and before the current trial date.

3                                          HARPER | HAYES PLLC

4

5   DATED:  March 6th, 2023          By */s/ Charles K. Davis*
                                         Todd C. Hayes, WSBA #26361
6                                        Charles K. Davis, WSBA #38231
                                         1200 Fifth Avenue, Suite 1208
7                                        Seattle, WA  98101
                                         P: (206) 340-8010
8                                        *Attorneys for Plaintiff*
                                         todd@harperhayes.com
9                                        cdavis@harperhayes.com

10

11                                         REED MCCLURE

12

13  DATED:  March 6th, 2023          By */s/ Marilee C. Erickson*
                                         Marilee C. Erickson, WSBA #16144
14                                       1215 4th Avenue, Suite 1700
                                         Seattle, WA  98161
15                                       P: (206) 292-4900
                                         *Attorney for Defendant Evanston Insurance Company*
16                                       merickson@rmlaw.com

17

18                                         DICKINSON WRIGHT PLLC

19

20  DATED:  March 6th, 2023          By */s/ P. Bruce Converse*
                                         P. Bruce Converse
21                                       1850 N. Central Avenue, Suite 1400
                                         Phoenix, AZ  85004
22                                       P: (602) 285-5023
                                         *Attorney for Defendant Evanston Insurance Company*
23                                       *Admitted pro hac vice*
                                         bconverse@dickinson-wright.com
24

25

STIPULATED MOTION TO CONTINUE TRIAL AND CASE DEADLINES  – 2
065460.000008 Stip'd Motion to Continue Trial Dates.docx
Case: 2:22-cv-00534-BJR



REED MCCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152

**ORDER**

IT IS HEREBY ORDERED that Stipulated Motion to Continue the Trial Date and Certain Pre-Trial Deadlines for three months is granted.

DATED this 13th day of March, 2023.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO CONTINUE TRIAL AND CASE DEADLINES – 3
065460.000008 Stip'd Motion to Continue Trial Dates.docx
Case: 2:22-cv-00534-BJR

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152