THE HONORABLE BARBARA J. ROTHSTEIN

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN SEATTLE**

| | |
|---|---|
| CREEKSIDE ON SUNSET CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY, SUCCESSOR BY MERGER TO ESSEX INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | No. 2:22-cv-0534-BJR<br><br>STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY DEADLINE TO TAKE DEPOSITIONS OF EXPERTS |

## I.    STIPULATION

Plaintiff Creekside on Sunset Condominium Association and Defendant Evanston Insurance Company jointly move the Court for an order extending the discovery completion date for the sole purpose of deposing experts Colby Burnett, Peter Marchel, and Zeno Martin to July 25, 2023. Pursuant to this Court's March 13, 2023 Order (*Dkt. 33*), the parties exchanged FRCP 26(a)(2) expert witness reports on June 9, 2023. The parties have encountered difficulty in

STIPULATED MOTION AND ORDER TO EXTEND
DISCOVERY DEADLINE TO TAKE DEPOSITIONS OF EXPERTS  – 1
065460.000008
NO.: 2:22-cv-00534-BJR

**REED McCLURE**
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

scheduling depositions of experts. At least one deposition was scheduled and had to be postponed. Despite reasonable efforts by both sides, the parties have been unable to schedule the deposition of experts Colby Burnett, Peter Marchel, and Zeno Martin until after the July 10, 2023, discovery completion deadline set by this Court. All other pre-trial deadlines will remain the same.

DATED this 22nd day of June 2023.

HARPER | HAYES PLLC

By: */s/ Charles K. Davis*
    Todd C. Hayes, WSBA No. 26361
    Charles K. Davis, WSBA No. 38231
    1200 Fifth Avenue, Suite 1208
    Seattle, WA 98101
    (206) 340-8010
    todd@harperhayes.com
    cdavis@harperhayes.com
    Attorneys for Plaintiff

I certify that this memorandum contains 131 words, in compliance with the Local Civil Rules.

REED MCCLURE

By: */s/ Marilee C. Erickson*
    Marilee C. Erickson, WSBA No. 16144
    1215 4th Avenue, Suite 1700
    Seattle, WA 98161
    Phone: 206-292-4900
    merickson@rmlaw.com
    Attorneys for Defendant

STIPULATED MOTION AND ORDER TO EXTEND
DISCOVERY DEADLINE TO TAKE DEPOSITIONS OF EXPERTS – 2
065460.000008
NO.: 2:22-cv-00534-BJR



REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

1 | DICKINSON WRIGHT PLLC

3 | By: */s/ P. Bruce Converse*
P. Bruce Converse, *Pro Hac Vice*
1850 N. Central Avenue, Suite 1400
Phoenix, AZ  85004
602-285-5023
BConverse@dickinson-wright.com
Attorneys for Defendant

STIPULATED MOTION AND ORDER TO EXTEND
DISCOVERY DEADLINE TO TAKE DEPOSITIONS OF EXPERTS  – 3
065460.000008
NO.: 2:22-cv-00534-BJR

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152

## II. ORDER

Based on the above Stipulation, it is ordered that the discovery completion date, for the sole purpose of taking the depositions of expert witnesses Colby Burnett, Peter Marchel, and Zeno Martin is extended to July 25, 2023.

DATED THIS 23rd day of June 2023.

*[signature: Barbara J. Rothstein]*

BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT JUDGE

Presented by:

HARPER | HAYES PLLC

By: */s/ Charles K. Davis*
    Todd C. Hayes, WSBA No. 26361
    Charles K. Davis, WSBA No. 38231
    Attorneys for Plaintiff

REED MCCLURE

By: */s/ Marilee C. Erickson*
    Marilee C. Erickson, WSBA No. 16144
    Attorneys for Defendant

DICKINSON WRIGHT PLLC

By: */s/ P. Bruce Converse*
    P. Bruce Converse, *Pro Hac Vice*
    Attorneys for Defendant

STIPULATED MOTION AND ORDER TO EXTEND
DISCOVERY DEADLINE TO TAKE DEPOSITIONS OF EXPERTS – 4
065460.000008
NO.: 2:22-cv-00534-BJR

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152