THE HONORABLE BARBARA J. ROTHSTEIN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### IN SEATTLE

| | |
|---|---|
| CREEKSIDE ON SUNSET CONDOMINIUM ASSOCIATION, a Washington non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> EVANSTON INSURANCE COMPANY, SUCCESSOR BY MERGER TO ESSEX INSURANCE COMPANY, an Illinois corporation, <br><br> Defendant. | No. 2:22-cv-0534-BJR <br><br> STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE |

## I.  STIPULATION

It is hereby stipulated by the parties to this action, by and through their undersigned attorneys, that all claims in this action shall be dismissed with prejudice and without costs.

/ / /

/ / /

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE – 1
065460.000008
NO.: 2:22-cv-00534-BJR

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

DATED this 31st day of July 2023.

HARPER | HAYES PLLC

By: /s/ Charles K. Davis
    Todd C. Hayes, WSBA No. 26361
    Charles K. Davis, WSBA No. 38231
    1200 Fifth Avenue, Suite 1208
    Seattle, WA 98101
    (206) 340-8010
    todd@harperhayes.com
    cdavis@harperhayes.com
    Attorneys for Plaintiff

REED MCCLURE

By: /s/ Marilee C. Erickson
    Marilee C. Erickson, WSBA No. 16144
    1215 4th Avenue, Suite 1700
    Seattle, WA 98161
    Phone: 206-292-4900
    merickson@rmlaw.com
    Attorneys for Defendant

DICKINSON WRIGHT PLLC

By: /s/ P. Bruce Converse
    P. Bruce Converse, *Pro Hac Vice*
    1850 N. Central Avenue, Suite 1400
    Phoenix, AZ  85004
    602-285-5023
    BConverse@dickinson-wright.com
    Attorneys for Defendant

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE  – 2
065460.000008
NO.: 2:22-cv-00534-BJR

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152

## II. ORDER

Based on the above Stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs.

DATED THIS 1st day of August, 2023.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented by:
HARPER | HAYES PLLC

By: */s/ Charles K. Davis*
    Todd C. Hayes, WSBA No. 26361
    Charles K. Davis, WSBA No. 38231
    Attorneys for Plaintiff

REED MCCLURE

By: */s/ Marilee C. Erickson*
    Marilee C. Erickson, WSBA No. 16144
    Attorneys for Defendant

DICKINSON WRIGHT PLLC

By: */s/ P. Bruce Converse*
    P. Bruce Converse, *Pro Hac Vice*
    Attorneys for Defendant

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE – 3
065460.000008
NO.: 2:22-cv-00534-BJR

REED M<sup>c</sup>CLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152